Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 12–28191–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maria E Ciocca
   aka Maria Ciocca–Hart, aka Maria C
   Kavanagh
   4 Blue Heron Ct
   Medford, NJ 08055

Social Security No.:
   xxx–xx–0847

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on August 17, 2015.

   On September 20, 2016 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                October 25, 2016
Time:              10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: September 21, 2016
JJW: seg

                                                                              James J. Waldron
                                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 12-28191-MBK
Maria E Ciocca                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Sep 21, 2016
                              Form ID: 185             Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2016.
```
db            +Maria E Ciocca,    4 Blue Heron Ct,    Medford, NJ 08055-3807
r             +Berger Realty,    3160 Asbury Avenue,    Ocean City, NJ 08226-2230
lm             Residential Credit Solutions Inc.,    POB 163229,    Fort Worth, TX  76161-3229
513223255     +Advocare Medford Ped. Adolesc.,    Attn: I.C. System Collection,    PO Box 64378,
                Saint Paul, MN 55164-0378
513271409      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
513223258    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     Aka Fia Card Services,    PO Box 982235,
                El Paso, TX  79998-2235)
514477726     +Bank of America, N.A.,    Mail Stop TX2-982-03-03,    7105 Corporate Drive PTX-B-209,
                Plano. TX 75024-4100
514475071      Bank of America, N.A.,    PO Box 660933,    Dallas, TX 75266-0933
513223259     +Bank of America-BAC Home Loan Servicing,    PO Box 5170,    Simi Valley, CA 93062-5170
513223260     +Beneficial,    PO Box 1231,    Brandon, FL 33509-1231
513223261      Capital One,    Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT  84130-0285
513337395      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
513428346      Capital One NA,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
513223262     +Chase,    PO Box 24696,    Columbus, OH 43224-0696
513223264     +Convergent Outsourcing,    500 SW 7th Street, Bldg. A100,    Renton, WA 98057-2983
513223266     +District Of Columbia,    Attn: Professional Acct. Managment,    2040 W. Wisconsin Ave.,
                Milwaukee, WI 53233-2098
513223267     +Eichenbaum And Stylianou,    10 Forest Avenue, Suite 300,    PO Box 914,    Paramus, NJ 07653-0914
513223268     +Equiant Financial Services,    5401 N. Pima Road, Suite 150,    Scottsdale, AZ 85250-2630
513289484      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
513399492     +HSBC Mortgage Services, Inc.,    PO Box 21188,    Eagan, MN 55121-0188
513438227     +JPMORGAN CHASE BANK, N.A.,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
                Monroe, LA 71203-4774
513223271     +Lyons, Doughty And Veldhuis,    PO Box 1269,    Mt. Laurel, NJ 08054-7269
513223272      New Jersey Div. of Taxation,    Compliance & Enforcement-Bankruptcy Unit,
                50 Barrach St., 9th Fl, PO Box 245,    Trenton, NJ  08695-0267
513223273     +Pennsylvania Dept. Of Revenue,    Bankruptcy Division,    PO Box 280946,
                Harrisburg, PA 17128-0946
515082437      Residential Credit Solutions,    P. O. BOX 163229,    FORTH WORTH, TEXAS 76161-3229
515082438      Residential Credit Solutions,    P. O. BOX 163229,    FORTH WORTH, TEXAS 76161-3229,
                Residential Credit Solutions,    P. O. BOX 163229,    FORTH WORTH, TEXAS 76161-3229
513223274     +Roster Financial LLC,    Attn: Stuart Allan And Assoc.,    5447 E 5th Street, Suite 110,
                Tucson, AZ 85711-2345
514957986    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,     Department of Treasury,
                Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
513656784      State of New Jersey, Division of Taxation,    25 Market Street, PO Box 112,
                Trenton, NJ  08625-0112
513656778      State of Pennsylvania Dept. of Revenue,    Bankruptcy Division, PO Box 280946,
                Harrisburg, PA  17128-0946
513223276     +Tromco Enterprises, LLC,    1008 Wesley Avenue, Unit #306,    Ocean City, NJ 08226-3357
513223277      Verizon,    Bankruptcy Dept.,    500 Technology Drive,    Saint Charles, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 21 2016 23:27:52     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 21 2016 23:27:48      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
513223256     +E-mail/Text: EBNProcessing@afni.com Sep 21 2016 23:27:59      Afni, Inc.,
                1310 Martin Luther King Drive,    PO Box 3427,    Bloomington, IL 61702-3427
513384934     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 21 2016 23:27:40      Asset Acceptance LLC,
                Po Box 2036,    Warren MI 48090-2036
513223257     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Sep 21 2016 23:27:40      Asset Acceptance, LLC,
                PO Box 771,    Woodbury, NJ 08096-7771
513223263     +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Sep 21 2016 23:28:29      Comcast,
                PO Box 5025,    1250 Berlin Rd.,    Cherry Hill, NJ 08034-1494
513223265      E-mail/Text: mrdiscen@discover.com Sep 21 2016 23:26:40     Discover Card,    PO Box 30943,
                Salt Lake City, UT  84130
513223269      E-mail/Text: cio.bncmail@irs.gov Sep 21 2016 23:27:10     Department of the Treasury,
                Internal Revenue Service,    PO Box 7346,    Philadelphia, PA  19101-7346
513235082      E-mail/Text: mrdiscen@discover.com Sep 21 2016 23:26:40     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
516142467      E-mail/Text: bankruptcy.bnc@ditech.com Sep 21 2016 23:27:27     Ditech Financial LLC,
                PO Box 6154,    Rapid City, SD 57709-6154
513223270     +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 21 2016 23:26:58      Kohl's,   Collection Dept.,
                PO Box 3084,    Milwaukee, WI 53201-3084
```

```
District/off: 0312-3              User: admin              Page 2 of 2              Date Rcvd: Sep 21, 2016
                                  Form ID: 185             Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
513860074      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 21 2016 23:31:24     Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX   77210-4457      Midland Funding LLC 77210-4457
513860073       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 21 2016 23:31:01     Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX   77210-4457
513223275      +E-mail/Text: bankruptcy@td.com Sep 21 2016 23:27:55     TD Bank,    Bankruptcy Dept.,
                 32 Chestnut Street,    Lewiston, ME 04240-7744
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516142468*       Ditech Financial LLC,    PO Box 6154,    Rapid City, SD 57709-6154
514994767*       State of Pennsylvania Dept. of Revenue,    Bankruptcy Division, PO Box 280946,
                  Harrisburg, PA   17128-0946
513487231       ##VERIZON WIRELESS,    PO BOX 3397,    BLOOMINGTON, IL 61702-3397
                                                                                  TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2016 at the address(es) listed below:
```
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    Beneficial Financial I, as successor by merger to
               Beneficial New Jersey Inc. d/b/a Beneficial Mortgage Co. NJECFMAIL@mwc-law.com
              Carrie J. Boyle    on behalf of Debtor Maria E Ciocca cboyle@mpadlaw.com,
               cjbecf@gmail.com;KGresh@mpadlaw.com;tegner@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com;
               kshaffer@marcuslaw.net
              Denise A Kuhn    on behalf of Interested Party    Commonwealth of Pennsylvania, Department of
               Revenue, Bureau of Accounts Settlement dkuhn@attorneygeneral.gov
              Jeanette F. Frankenberg    on behalf of Creditor    Bank of America, N.A., as servicer for The Bank
               of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc.,
               Alternative Loan Trust 2004-J6, Mortgage Pass-Through C cmecf@sternlav.com
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET. AL.
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Tammy L. Terrell    on behalf of Creditor    DITECH FINANCIAL LLC bankruptcy@feinsuch.com
                                                                                              TOTAL: 11
```