UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Carrie J. Boyle
McDowell Posternock Apell & Detrick, PC
46 West Main Street
Maple Shade, NJ 08052
856/482-5544
*Attorney for the Debtors*

In Re:

Maria Ciocca,

Debtor.

**Order Filed on September 27, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 12-28191
Chapter: 13
Judge: KAPLAN

## ORDER APPROVING MORTGAGE MODIFICATION

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: September 27, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Debtor:** Maria Ciocca
**Case No.:** 12-28191 (MBK)
**Caption:** Order Granting Motion to Approve Permanent Loan Modification with Creditor Ditech

AND NOW, this ___ day of _____, 2016, upon consideration of the Debtor's Motion to Approve Permanent Loan Modification with Creditor Ditech and a hearing having been held, it is hereby ORDERED as follows:

1. The Mortgage Modification Agreement between the Debtor and Ditech, as to loan number xxxxxxxx3376, on a home mortgage on 4 Blue Heron Court, Medford, NJ 08055, is **Approved** on the terms and subject to the conditions contained in the attached "Exhibit A", which was made part of the moving papers.

2. The mortgage lender may proceed with all steps necessary to consummate and complete that modification agreement, and to issue bills, statements or other notices in accordance therewith, without violating the automatic stay under 11 U.S.C. 362.

3. In the event a loan modification is completed and the pre-petition arrears are capitalized into the loan, Ditech shall amend the arrearage portion of its proof of claim to the amount the trustee paid to Ditech towards the pre-petition arrears up to the date of the entry of this Order or withdraw the claim within thirty (30) days of completion of the loan modification.

4. The Chapter 13 Trustee shall suspend disbursements to Ditech, pending completion of loan modification.

**Page 3**
**Debtor:**   Maria Ciocca
**Case No.:**   12-28191 (MBK)
**Caption:**   Order Granting Motion to Approve Permanent Loan Modification with Creditor Ditech

5.     In the event the modification is not consummated, Ditech shall notify the Trustee and debtors' attorney of same. Any money that was held by the Trustee pending completion of the modification shall then be paid to Ditech.

6.     In the event the Proof of Claim is amended to the amount they already paid or withdrawn, the Trustee may disburse the funds being held pursuant to this order to creditors in accordance with the provisions of the confirmed plan.

7.     Communication and/or negotiations between the Debtor and mortgagees/mortgage servicers about loan modification shall not be deemed as violation of the automatic stay; and any such communication or negotiation shall not be used by either party against the other in any subsequent litigation.

8.     The Debtor shall file an amended Chapter 13 plan and amended schedule J within twenty (20) days of the entry of this Order reflecting the terms of the Loan Modification Agreement.

United States Bankruptcy Court
District of New Jersey

In re:  
Maria E Ciocca  
    Debtor

Case No. 12-28191-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 27, 2016  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2016.
```
db            +Maria E Ciocca,    4 Blue Heron Ct,    Medford, NJ 08055-3807
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2016             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2016 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    Beneficial Financial I, as successor by merger to
               Beneficial New Jersey Inc. d/b/a Beneficial Mortgage Co. NJECFMAIL@mwc-law.com
              Carrie J. Boyle    on behalf of Debtor Maria E Ciocca cboyle@mpadlaw.com,
               cjbecf@gmail.com;KGresh@mpadlaw.com;tegner@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com;
               kshaffer@marcuslaw.net
              Denise A Kuhn    on behalf of Interested Party    Commonwealth of Pennsylvania, Department of
               Revenue, Bureau of Accounts Settlement dkuhn@attorneygeneral.gov
              Jeanette F. Frankenberg    on behalf of Creditor    Bank of America, N.A., as servicer for The Bank
               of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc.,
               Alternative Loan Trust 2004-J6, Mortgage Pass-Through C cmecf@sternlav.com
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET. AL.
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Nicholas V. Rogers    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              Tammy L. Terrell    on behalf of Creditor    DITECH FINANCIAL LLC bankruptcy@feinsuch.com
                                                                                             TOTAL: 11
```