Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 12−28191−MBK
                        Chapter: 13
                        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Maria E Ciocca
    aka Maria Ciocca−Hart, aka Maria C
    Kavanagh
    4 Blue Heron Ct
    Medford, NJ 08055

Social Security No.:
    xxx−xx−0847

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       12/13/16
Time:      02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Carrie Boyle, Attorney For Debtor

COMMISSION OR FEES
$12,399.00

EXPENSES
$195.14

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: November 7, 2016
JJW:

                                                                    James J. Waldron
                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 12-28191-MBK
Maria E Ciocca                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Nov 07, 2016
                              Form ID: 137             Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2016.
```
db          +Maria E Ciocca,   4 Blue Heron Ct,    Medford, NJ 08055-3807
r           +Berger Realty,   3160 Asbury Avenue,   Ocean City, NJ 08226-2230
lm           Residential Credit Solutions Inc.,   POB 163229,    Fort Worth, TX   76161-3229
513223255   +Advocare Medford Ped. Adolesc.,   Attn: I.C. System Collection,   PO Box 64378,
             Saint Paul, MN 55164-0378
513271409    American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
513223258  ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
            (address filed with court: Bank of America,   Aka Fia Card Services,   PO Box 982235,
             El Paso, TX  79998-2235)
514477726   +Bank of America, N.A.,   Mail Stop TX2-982-03-03,   7105 Corporate Drive PTX-B-209,
             Plano. TX 75024-4100
514475071    Bank of America, N.A.,   PO Box 660933,   Dallas, TX 75266-0933
513223259   +Bank of America-BAC Home Loan Servicing,   PO Box 5170,   Simi Valley, CA 93062-5170
513223260   +Beneficial,    PO Box 1231,   Brandon, FL 33509-1231
513223261    Capital One,   Bankruptcy Dept.,   PO Box 30285,   Salt Lake City, UT   84130-0285
513337395    Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
513428346    Capital One NA,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
513223262   +Chase,   PO Box 24696,   Columbus, OH 43224-0696
513223264   +Convergent Outsourcing,   500 SW 7th Street, Bldg. A100,   Renton, WA 98057-2983
513223266   +District Of Columbia,   Attn: Professional Acct. Managment,   2040 W. Wisconsin Ave.,
             Milwaukee, WI 53233-2098
513223267   +Eichenbaum And Stylianou,   10 Forest Avenue, Suite 300,   PO Box 914,   Paramus, NJ 07653-0914
513223268   +Equiant Financial Services,   5401 N. Pima Road, Suite 150,   Scottsdale, AZ 85250-2630
513289484    FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
513399492   +HSBC Mortgage Services, Inc.,   PO Box 21188,   Eagan, MN 55121-0188
513438227   +JPMORGAN CHASE BANK, N.A.,   Attn: Correspondence Mail,   Mail Code LA4-5555,   700 Kansas Lane,
             Monroe, LA 71203-4774
516407035   +Lakeside at Medford Homeowners Association,   Joan Markey,   125 N. Route 73,
             West Berlin, NJ 08091-9225
516408190   +Lakeside at Medford Homeowners Association,   c/o Gary F. Woodend, Esquire,   5C N. Main Street,
             Medford, NJ 08055-2439
513223271   +Lyons, Doughty And Veldhuis,   PO Box 1269,   Mt. Laurel, NJ 08054-7269
513223272    New Jersey Div. of Taxation,   Compliance & Enforcement-Bankruptcy Unit,
             50 Barrach St., 9th Fl, PO Box 245,   Trenton, NJ  08695-0267
513223273   +Pennsylvania Dept. Of Revenue,   Bankruptcy Division,   PO Box 280946,
             Harrisburg, PA 17128-0946
515082437    Residential Credit Solutions,   P. O. BOX 163229,   FORTH WORTH, TEXAS 76161-3229
515082438    Residential Credit Solutions,   P. O. BOX 163229,   FORTH WORTH, TEXAS 76161-3229,
             Residential Credit Solutions,   P. O. BOX 163229,   FORTH WORTH, TEXAS 76161-3229
513223274   +Roster Financial LLC,   Attn: Stuart Allan And Assoc.,   5447 E 5th Street, Suite 110,
             Tucson, AZ 85711-2345
514957986  ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court: State of New Jersey,   Department of Treasury,
             Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
513656784    State of New Jersey, Division of Taxation,   25 Market Street, PO Box 112,
             Trenton, NJ  08625-0112
513656778    State of Pennsylvania Dept. of Revenue,   Bankruptcy Division, PO Box 280946,
             Harrisburg, PA  17128-0946
513223276   +Tromco Enterprises, LLC,   1008 Wesley Avenue, Unit #306,   Ocean City, NJ 08226-3357
513223277    Verizon,   Bankruptcy Dept.,   500 Technology Drive,   Saint Charles, MO 63304-2225
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2016 00:06:29     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2016 00:06:27     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ  07102-5235
513223256   +E-mail/Text: EBNProcessing@afni.com Nov 08 2016 00:06:37     Afni, Inc.,
             1310 Martin Luther King Drive,   PO Box 3427,   Bloomington, IL 61702-3427
513384934   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 08 2016 00:06:22     Asset Acceptance LLC,
             Po Box 2036,   Warren MI 48090-2036
513223257   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Nov 08 2016 00:06:22     Asset Acceptance, LLC,
             PO Box 771,   Woodbury, NJ 08096-7771
513223263   +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Nov 08 2016 00:07:08     Comcast,
             PO Box 5025,   1250 Berlin Rd.,   Cherry Hill, NJ 08034-1494
513223265    E-mail/Text: mrdiscen@discover.com Nov 08 2016 00:05:28     Discover Card,   PO Box 30943,
             Salt Lake City, UT  84130
513223269   +E-mail/Text: cio.bncmail@irs.gov Nov 08 2016 00:05:57     Department of the Treasury,
             Internal Revenue Service,   PO Box 7346,   Philadelphia, PA  19101-7346
513235082    E-mail/Text: mrdiscen@discover.com Nov 08 2016 00:05:28     Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
516142467    E-mail/Text: bankruptcy.bnc@ditech.com Nov 08 2016 00:06:08     Ditech Financial LLC,
             PO Box 6154,   Rapid City, SD 57709-6154
```

```
District/off: 0312-3          User: admin             Page 2 of 2                  Date Rcvd: Nov 07, 2016
                              Form ID: 137            Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
513223270       +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 08 2016 00:05:41     Kohl's,   Collection Dept.,
                 PO Box 3084,   Milwaukee, WI 53201-3084
513860074       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 08 2016 00:04:17     Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,   PO Box 4457,
                 Houston, TX 77210-4457,   Midland Funding LLC 77210-4457
513860073        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 08 2016 00:04:17     Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,   PO Box 4457,
                 Houston, TX 77210-4457
513223275       +E-mail/Text: bankruptcy@td.com Nov 08 2016 00:06:31     TD Bank,   Bankruptcy Dept.,
                 32 Chestnut Street,   Lewiston, ME 04240-7744
                                                                                            TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516142468*       Ditech Financial LLC,    PO Box 6154,   Rapid City, SD 57709-6154
514994767*       State of Pennsylvania Dept. of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg, PA  17128-0946
513487231       ##VERIZON WIRELESS,    PO BOX 3397,   BLOOMINGTON, IL 61702-3397
                                                                                  TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2016                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2016 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Alexandra T. Garcia    on behalf of Creditor    Beneficial Financial I, as successor by merger to
           Beneficial New Jersey Inc. d/b/a Beneficial Mortgage Co. NJECFMAIL@mwc-law.com
          Carrie J. Boyle    on behalf of Debtor Maria E Ciocca cboyle@mpadlaw.com,
           cjbecf@gmail.com;KGresh@mpadlaw.com;tegner@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com
          Denise A Kuhn    on behalf of Interested Party    Commonwealth of Pennsylvania, Department of
           Revenue, Bureau of Accounts Settlement dkuhn@attorneygeneral.gov
          Jeanette F. Frankenberg    on behalf of Creditor    Bank of America, N.A., as servicer for The Bank
           of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc.,
           Alternative Loan Trust 2004-J6, Mortgage Pass-Through C cmecf@sternlav.com
          Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET. AL.
           jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
          R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bankruptcy@feinsuch.com
          Tammy L. Terrell    on behalf of Creditor    DITECH FINANCIAL LLC bankruptcy@feinsuch.com
                                                                                             TOTAL: 10
```