| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Carrie J. Boyle, Esq.<br>McDowell Posternock Apell & Detrick, PC<br>46 West Main Street<br>Maple Shade, NJ 08052<br>Phone 856-482-5544<br>Fax 856-482-5511<br>cboyle@mpadlaw.com | Order Filed on December 16, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>  Maria E. Ciocca,<br><br>        Debtor. | Case No.:    12-28191<br>Chapter:    13<br>Judge:    MBK |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 16, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Carrie J. Boyle _____, the applicant, is allowed a fee of $ _____12,399.00_____ for services rendered and expenses in the amount of $_____195.14_____ for a total of $_____12,594.14_____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____N/A_____ per month for _____N/A_____ months to allow for payment of the above fee.

*rev.8/1/15*