UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Carrie J. Boyle, Esq.
McDowell Posternock Apell & Detrick, PC
46 West Main Street
Maple Shade, NJ 08052
Phone 856-482-5544
Fax 856-482-5511
cboyle@mpadlaw.com

**Order Filed on December 16, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
  Maria E. Ciocca,
         Debtor.

Case No.:  12-28191
Chapter:   13
Judge:     MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 16, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Carrie J. Boyle _____, the applicant, is allowed a fee of $ ____ 12,399.00 ____ for services rendered and expenses in the amount of $ ____ 195.14 ____ for a total of $ ____ 12,594.14 ____ . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $ ____ N/A ____ per month for ____ N/A ____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Maria E Ciocca  
      Debtor

Case No. 12-28191-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 16, 2016  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2016.
db         +Maria E Ciocca,   4 Blue Heron Ct,   Medford, NJ 08055-3807

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2016 at the address(es) listed below:
      Albert    Russo    docs@russotrustee.com
      Albert    Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
      Albert    Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
      Alexandra T. Garcia    on behalf of Creditor    Beneficial Financial I, as successor by merger to Beneficial New Jersey Inc. d/b/a Beneficial Mortgage Co. NJECFMAIL@mwc-law.com
      Carrie J. Boyle    on behalf of Debtor Maria E Ciocca cboyle@mpadlaw.com, cjbecf@gmail.com;KGresh@mpadlaw.com;tegner@mpadlaw.com;djamison@mpadlaw.com;jhughes@mpadlaw.com
      Denise A Kuhn    on behalf of Interested Party    Commonwealth of Pennsylvania, Department of Revenue, Bureau of Accounts Settlement dkuhn@attorneygeneral.gov
      Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET. AL. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Jeanette F. Frankenberg    on behalf of Creditor    Bank of America, N.A., as servicer for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-J6, Mortgage Pass-Through C cmecf@sternlav.com
      Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON ET. AL. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
      R. A. Lebron    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bankruptcy@feinsuch.com
      Tammy L. Terrell    on behalf of Creditor    DITECH FINANCIAL LLC bankruptcy@feinsuch.com
                                                                                                            TOTAL: 11